Opinion Approved by the Court.

Tildred DEMONESHEA, Appellant,

v.

The STATE of Texas, Appellee.

No. 29924.

Court of Criminal Appeals of Texas.

June 18, 1958.

Russell F. Wolters, Houston, for appellant.

Dan Walton, Dist. Atty., Thomas D. White and E. D. Michalek, Jr., Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is a conviction for aggravated assault, with punishment assessed at one year in jail.

The charge as contained in the information was assault by an adult male upon a child. Art. 1147, Sec. 9, Vernon's Annotated Penal Code.

■ Under such allegation the burden was upon the state to prove that the alleged injured party was a child and that the appellant was an adult male.

■ The state failed to prove either that the injured party was a child or that the appellant was an adult male.

The evidence being insufficient to support the conviction, the judgment is reversed and the cause is remanded.